Dismissed and Memorandum Opinion filed June 18, 2009








Dismissed
and Memorandum Opinion filed June 18, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01181-CV

____________

 

FELIPE ANZALDUA, Appellant

 

V.

 

RAMCO DIRECTIONAL DRILLING, INC., Appellee

 



 

On Appeal from the
190th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-42482

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 8, 2008.  On June 11, 2009, appellant
filed an unopposed motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.